UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**MELINDA HERNANDEZ,**

    *Plaintiff*,

**v.**                                                                                        **Case No. SA-21-CV-0642-JKP-ECF**

**JP MORGAN CHASE BANK, N.A.,**

    *Defendant*.

### ORDER OF ADMINISTRATIVE CLOSURE

Based on a *Joint Motion to Compel Arbitration and Stay Proceedings* (ECF No. 7), the assigned Magistrate Judge submitted this action to binding arbitration, stayed the case pending such arbitration, and ordered quarterly status updates. *See* ECF No. 8. When a case is subject to an indefinite stay, it is appropriate for administrative closure. *Mire v. Full Spectrum Lending, Inc.*, 389 F.3d 163, 167 (5th Cir. 2004). The act of administrative closure is not a dismissal or disposition of the case, nor any reflection or comment on the merits of this action. The Court or any party may initiate further proceedings as warranted. *See id.* And as ordered by the Magistrate Judge, the parties shall continue to file a quarterly joint advisory regarding the status of the arbitration. The case remains referred to the Magistrate Judge for pretrial management as previously ordered, *see* Referral Order (ECF No. 4), and the Magistrate Judge may order this case reopened should an advisory or other filing warrant such action. For the foregoing reasons, the Court **DIRECTS the Clerk of Court to administratively close this case pending further court order.**

    **IT IS SO ORDERED** this 2nd day of February 2022.

*/s/ Jason Pulliam*
_____
**JASON PULLIAM
UNITED STATES DISTRICT JUDGE**
