# IN THE UNTIED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| **MELINDA HERNANDEZ** § | |
| § | |
| **Plaintiff,** § | |
| § | **SA-21-CV-00642-JKP** |
| v. § | |
| § | |
| **JP MORGAN CHASE BANK, N.A.** § | |
| § | |
| **Defendant.** § | |

## STIPULATION OF DISMISSAL

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that the above-captioned action shall be dismissed in its entirety, with prejudice, with no award of counsel fees or costs by the Court to either side.

Dated: May 2, 2022

| **GALO LAW FIRM, P.C.** | **NORTON ROSE FULBRIGHT US LLP** |
|---|---|
| */s/ Michael V. Galo, Jr. (w/permission)* | _____ |
| Michael V. Galo, Jr. | Jamila S. Mensah |
| State Bar No. 00790734 | State Bar No. 24055963 |
| mgalo@galolaw.com | jamila.mensah@nortonrosefulbright.com |
| 4230 Gardendale, Bldg. 401 | Fazila Issa |
| San Antonio, Texas 78229 | State Bar No. 24046136 |
| Telephone: 210.616.980 | fazila.issa@nortonrosefulbright.com |
| Facsimile: 210.616.9898 | Fulbright Tower |
| | 1301 McKinney, Suite 5100 |
| **ATTORNEY FOR CLAIMANT** | Houston, Texas 77010-3095 |
| **MELINDA HERNANDEZ** | Telephone: (713) 651-5151 |
| | Facsimile: (713) 651-5246 |
| | |
| | Alicia M. Grant |
| | State Bar No. 24101820 |
| | alicia.grant@nortonrosefulbright.com |
| | 111 W. Houston Street, Suite 1800 |
| | San Antonio, TX 78205 |
| | Telephone: (210) 224-5575 |
| | Facsimile: (210) 270-7205 |
| | **ATTORNEYS FOR RESPONDENT** |
| | **JPMORGAN CHASE BANK, N.A.** |