# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

*MELINDA HERNANDEZ,*

*Plaintiff*

v

*JP MORGAN CHASE BANK, N.A.,*   Case No. SA-21-CV-00642-JKP

*Defendant*

## O R D E R

Before the Court is the parties' Joint Stipulation of Dismissal stating they wish to dismiss this cause with prejudice. *ECF No. 12*. In accordance with Federal Rule of Civil Procedure 41(a) and the terms of the Proposed Order, it is ORDERED all causes of action asserted by any party and any potential cause of action related to this matter are DISMISSED with prejudice.

IT IS FURTHER ORDERED any pending motions are DENIED as moot.

IT IS FURTHER ORDERED all costs and attorneys' fees shall be paid by the party incurring them.

The Clerk of Court is DIRECTED to remove the case from administrative closure and terminate the case.

It is so Ordered.
SIGNED this 4th day of May, 2022.

_____
JASON PULLIAM
UNITED STATES DISTRICT JUDGE